■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GARCIA, Appellant. [851 NYS2d 897]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed September 21, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Ritter and Angiolillo, JJ., concur.